## WEBB v. STATE.
### No. 14151.

Court of Criminal Appeals of Texas.
Feb. 4, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for driving an automobile while intoxicated, punishment being confinement in the county jail for ten days.

The record is before us without any statement of facts or bills of exception. The indictment is regular and nothing is presented to this court for review.

The judgment is affirmed.